**The People of the State of Illinois, Plaintiff-Appellee, v. Junior Lee Blanchett, Defendant-Appellant.**

**Gen. No. 10,569.** 

Fourth District.

July 7, 1966.

 Russell R.

Goehl, Public Defender, of Quincy, for appellant; Donald G. Adams, State's Attorney of Adams County, of Quincy (William A. Brown, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE CRAVEN. Not to be published in full.